UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CARLOS FLORES-ORTIZ, | Case No. 2:15-cv-00937-RFB-VCF |
|---|---|
| Plaintiff, | |
| v. | |
| CITIBANK, *et al*, | |
| Defendant's. | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Counsel for plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to defendant Citibank, N.A.

DATED this 29th day of October, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge