Michael Kind, Esq.
NV Bar No. 13903
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS FLORES-ORTIZ,<br><br>             Plaintiff,<br><br>      v.<br><br>CITIBANK, N.A., and EQUIFAX<br>INFORMATION SERVICES, LLC,<br><br>             Defendant. | Case No.: 2:15-cv-00937-RFB-VCF<br><br>**STIPULATION OF DISMISSAL OF<br>DEFENDANT EQUIFAX<br>INFORMATION SERVICES LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff

Carlos Flores-Ortiz ("Plaintiff") and Defendant Equifax Information Solutions,

LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against

Defendant.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of February 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer, LLP**

By: /s/__Bradley T. Austin _____
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
*Attorneys for Defendant Equifax Information Services, LLC*

IT IS SO ORDERED:

_____ ____
RICHARD F. BOULWARE, II
United States District Judge

DATED:___February 14, 2016._____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 10, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117

DMSLIBRARY01:28217398.1